```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 04656
   WILLIAM C JAMES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2870

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/16/2007 and was not confirmed.

     The case was dismissed without confirmation 07/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------

OPTION ONE MORTGAGE       CURRENT MORTG          .00             .00             .00
OPTION ONE MORTGAGE       MORTGAGE ARRE     12000.00             .00             .00
IL DEPT OF HEALTHCARE &   PRIORITY          26579.22             .00             .00
IL DEPT OF HEALTHCARE &   PRIORITY           2241.90             .00             .00
ACTIVE COLL               UNSECURED         NOT FILED            .00             .00
ASSET ACCEPTANCE LLC      UNSECURED          1658.71             .00             .00
CITY OF NAPERVILLE        UNSECURED         NOT FILED            .00             .00
SPRINT PCS                UNSECURED         NOT FILED            .00             .00
WOW INTERNET & CABLE SER  UNSECURED         NOT FILED            .00             .00
PEOPLES GAS               UNSECURED         NOT FILED            .00             .00
MEDICAL COLLECTION        UNSECURED         NOT FILED            .00             .00
NATIONWIDE ACCEPTANCE~    UNSECURED          3688.49             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED          2380.05             .00             .00
TCF BANK                  UNSECURED         NOT FILED            .00             .00
PROVIDIAN                 UNSECURED         NOT FILED            .00             .00
RMI/MCSI                  UNSECURED           250.00             .00             .00
SPRINT PCS                UNSECURED         NOT FILED            .00             .00
ASSET ACCEPTANCE LLC      UNSECURED           507.78             .00             .00
OPTION ONE MORTGAGE       NOTICE ONLY       NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           536.09             .00             .00
OPTION ONE MORTGAGE       NOTICE ONLY       NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,464.00                         558.60
TOM VAUGHN                TRUSTEE                                              41.40
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    600.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    558.60

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 04656 WILLIAM C JAMES
```

```
TRUSTEE COMPENSATION                                         41.40
DEBTOR REFUND                                                  .00
                                        ----------------   ----------------
TOTALS                                          600.00           600.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                     /s/ Tom Vaughn
   Dated: 10/23/07                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```

                              PAGE   2
         CASE NO. 07 B 04656 WILLIAM C JAMES